# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

IN RE: P. SCHILLING

NO. 2019 CW 1613

**APR 2 8 2020**

---

In Re:   LVMV, LLC, applying for supervisory writs, 22nd Judicial
         District Court, Parish of Washington, No. 112211.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                        **TMH**
                        **AHP**
                        **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
        FOR THE COURT